258 So.2d 375

The AETNA CASUALTY AND SURETY
COMPANY

v.

Wayne F. BROWN and Madelyn Brown.

No. 52187.

March 3, 1972.

In re: Wayne F. Brown and Madelyn Brown applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 256 So. 2d 716.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

■

258 So.2d 376

Robert B. NEBLETT, Jr.

v.

PLACID OIL COMPANY et al.

No. 52188.

March 3, 1972.

In re: Placid Oil Company, et al. applying for certiorari, or writ of review, to the

Court of Appeal, Third Circuit, Parish of Rapides. 257 So.2d 167.

Application denied. The judgment is not final.